NO. 07-10-00230-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 10, 2010

DAVID EUGENE HAMILTON, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 11,394; HONORABLE DAN MIKE BIRD, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, David Eugene Hamilton, filed a notice of appeal challenging his conviction and sentence. On June 28, 2010, we abated and remanded the case to allow the filing of a new certification of appellant's right to appeal. Tex. R. App. P. 25.2(d). On August 2, appellant filed, rather than a new certification, a motion to dismiss the appeal. The motion is signed by appellant and his counsel. Tex. R. App. P. 42.2(a). We have delivered no decision on the merits of appellant's case. We reinstate the case, dissolve the abatement, and grant appellant's motion to dismiss. Accordingly,

the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell<br>
Justice

Do not publish.